# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MAHA ZORBA,<br><br>      Plaintiff,<br><br>      v.<br><br>WORLDS FOREMOST BANK, EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>      Defendants. | Case No. 1:15-cv-08665<br><br>Hon. Jorge L. Alonso |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned attorneys, respectfully moves this Court for an order extending Experian's time to answer or otherwise plead up to and including December 9, 2015. In support of this Motion, Experian states as follows:

1. Plaintiff Maha Zorba ("Plaintiff") filed her Complaint against Experian and its co-defendants on or about September 30, 2015.

2. Plaintiff filed an executed Summons on or about October 16, 2015, such that Experian was ostensibly obligated to answer or otherwise plead by November 3, 2015.

3. In fact, Experian was not served, and only recently learned of the above-captioned action.

4. After consulting with counsel for Plaintiff, and in the interest of expediency, counsel for Experian agreed to accept service of process on Experian's behalf on November 11, 2015. Experian was served that same day.

NAI-1500642734v1

5. Experian now seeks an order from this Court extending Experian's time to answer or otherwise plead up to and including December 9, 2015, so that Experian may investigate the allegations of the Complaint and prepare an appropriate response.

6. This is the first request for additional time sought by Experian in this action.

7. This extension is sought in good faith and not for the purposes of delay. Neither party will be prejudiced by this extension.

8. On November 11, 2015, Experian's counsel communicated with Plaintiff's counsel regarding the relief requested herein. Plaintiff's counsel confirmed that Plaintiff does not oppose this motion for extension of time to answer or otherwise plead.

WHEREFORE, for the foregoing reasons, Defendant Experian Information Solutions, Inc. respectfully requests that this Court extend its time to answer or otherwise plead until December 9, 2015.

Dated this 12th day of November, 2015.

By: /s/ *Michael Z. Zuckerman*

JONES DAY

Michael A. Zuckerman
mzuckerman@jonesday.com
Kevin C. Knight
kknight@jonesday.com
77 West Wacker, Suite 3500
Chicago, IL  60601.1692
Telephone:  +1.312.782.3939
Facsimile:   +1.312.782.8585

Counsel for Defendant Experian Information Solutions, Inc.

NAI-1500642734v1

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

      /s/ *Michael A. Zuckerman*