IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAHA ZORBA,<br><br>      Plaintiff,<br><br>      v.<br><br>WORLDS FOREMOST BANK, EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>      Defendants. | Case No. 1:15-cv-08665<br><br>Hon. Jorge L. Alonso |

**NOTICE OF MOTION**

TO:     Counsel of Record (via email)

PLEASE TAKE NOTICE that on Thursday, November 19, 2015 at 9:30 a.m., the undersigned counsel shall appear before the Honorable Judge Jorge L. Alonso, or any judge appearing in their stead, at Courtroom 1700 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn, Chicago, Illinois 60604, and then and there present Defendant Experian Information Solutions, Inc.'s Unopposed Motion for Extension of Time to Answer or Otherwise Plead, which has been filed in conjunction with this Notice and is hereby served on you.

Dated this 12th day of November, 2015.

          By: /s/ *Michael A. Zuckerman*

          JONES DAY

          Michael A. Zuckerman
          mzuckerman@jonesday.com
          Kevin C. Knight
          kknight@jonesday.com
          77 West Wacker, Suite 3500
          Chicago, IL 60601.1692
          Telephone: +1.312.782.3939
          Facsimile: +1.312.782.8585

          Counsel for Defendant Experian
          Information Solutions, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

      /s/ *Michael A. Zuckerman*

NAI-1500642746v1